# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY WILLIAMS,<br><br>  Plaintiff<br><br>v.<br><br>BENJAMIN ESTILL,<br><br>  Defendant | Case No.: 2:16-cv-0911-APG-GWF<br><br>**Order Denying Motions to Reopen Case and Motion for Documents**<br><br>[ECF Nos. 41, 44, 46] |

Plaintiff Jeremy Williams moved to voluntarily dismiss this case in April 2017, which I granted. ECF Nos. 38, 40. Over two years later, Williams moved to reopen the case. ECF Nos. 41, 44. "[A] suit dismissed without prejudice pursuant to Rule 41(a)(2) leaves the situation the same as if the suit had never been brought in the first place." *Humphreys v. United States*, 272 F.2d 411, 412 (9th Cir. 1959). Thus, in one sense, there is nothing to reopen. More importantly, Williams offers no good reason to reopen this case, rather than filing a new lawsuit. Because the case was dismissed without prejudice, Williams is free to file a new lawsuit under a new case number.

The plaintiff's motions to reopen this case **(ECF Nos. 41, 44) are DENIED**. The plaintiff's motion for documents **(ECF No. 46) is DENIED as moot**.

DATED this 3rd day of January, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE